FILED: June 20, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1372
(1:22-cv-01223-RDA-WEF)

_____

CENTER FOR EXCELLENCE IN HIGHER EDUCATION, INC.

    Plaintiff - Appellant

v.

ACCREDITATION ALLIANCE OF CAREER SCHOOLS AND COLLEGES, d/b/a Accrediting Commission of Career Schools and Colleges

    Defendant - Appellee

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 07/18/2025

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk